■■■ LEROY SIMMONS, JR., Respondent, v STATE OF NEW YORK, APPELLANT. [872 NYS2d 314]—Appeal from an order of the Court of Claims (Philip J. Patti, J.), entered August 20, 2007. The order denied the pre-answer motion of defendant to dismiss the claim and granted the cross motion of claimant for leave to amend the claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims (*Simmons v State of New York*, 17 Misc 3d 394 [2007]). Present—Martoche, J.P., Fahey, Green, Pine and Gorski, JJ.

■■■ RICHARD BARON et al., Respondents, v KLEWIN BUILDING COMPANY, INC., Appellant.. [873 NYS2d 229]—Appeal from an order of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered August 12, 2008 in a personal injury action. The order, insofar as appealed from, denied in part defendant's motion for summary judgment and granted the motion of plaintiffs for leave to amend their bill of particulars.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on January 7, 2009,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Martoche, J.P., Fahey, Green, Pine and Gorski, JJ.